IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN IWASZCZENKO,

    Plaintiff-Appellant,

v.

SCOTT R. NEALE and
HOLLY M. NEAL,

    Debtors-Defendants-Appellees.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-33-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered affirming the decision of United States Bankruptcy Judge Thomas S. Utschig.

_____
Peter Oppeneer, Clerk of Court

9/23/11
Date